IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE PAYNE**  **PLAINTIFF**
**# 59496**

v.   Case No. 4:23CV00431-JM

**DOES**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 18th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE